## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT J TULIO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LANSDALE BOROUGH** | : | **NO. 22-2423** |

## ORDER

**NOW,** this 9th day of March, 2023, upon consideration of the Motion of Defendant Lansdale Borough for Summary Judgment (Doc. No. 22), and the Plaintiff Vincent J Tulio's Motion for Summary Judgment (Doc. No. 23), the responses, and the replies, it is **ORDERED** as follows:

    1.    Lansdale Borough's Motion for Summary Judgment is **GRANTED**.

    2.    Plaintiff Vincent J Tulio's Motion for Summary Judgment is **DENIED.**

    3.    **JUDGMENT** is entered in favor of the defendant Lansdale Borough and against the plaintiff Vincent J Tulio.

_____
TIMOTHY J. SAVAGE, J.